**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 422 WAL 2019

         Respondent          :

                              :   Petition for Allowance of Appeal

                              :   from the Order of the Superior Court

         v.                    :

                              :

LINCOLN LEVYS,                 :

         Petitioner           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.